## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **ROBERT M. JACKSON**, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:23-cv-03196-KAS ) ) Magistrate Jude Kathryn A. Starnella |
| vs. | ) ) **PLAINTIFF'S NOTICE RULE 41** ) **DISMISSAL WITHOUT PREJUDICE** |
| **BALL METAL BEVERAGE CONTAINER CORP.**, | ) ) ) |
| Defendant. | ) ) |

NOW COMES Plaintiff Robert M. Jackson, by and through counsel, and hereby dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's Complaint was filed on December 4, 2023 (ECF No. 1), and no answer, other response, or motion for summary judgment has been filed or served.

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/ Robi J. Baishnab*
Robi J. Baishnab (OH Bar 0086195)
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Shannon M. Draher (OH Bar 0074304)
7034 Braucher St., N.W., Suite B
North Canton, Ohio 44720
Telephone: 330-470-4428
Facsimile: 330-754-1430
Email: sdraher@ohlaborlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Additionally, the forgoing is being served by email to the following:

>Ball Metal Beverage Container Corp.
>9300 W. 108th Circle
>Westminster, CO 80021
>
>c/o
>Hannah Lim-Johnson
>Hannah.LimJohnson@ball.com
>
>Jacob Stoehr
>Jacob.Stoehr@ball.com
>
>Derrick Black
>Derrick.Black@ball.com

*/s/ Robi J. Baishnab*
*Attorney for Plaintiffs*